UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-391-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANKIE DEANDRE BARNES, JR. | ) | |

On motion of the defendant, Frankie Barnes, and for good cause shown, it is ORDERED that Docket Entry [136] in this matter be sealed until further notice of this Court. The grounds for this Order are found in [DE-136].

SO ORDERED, this the __26__ day of __July__, 2022.

_____
James C. Dever, III
United States District Judge