UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-391-D-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANKIE DEANDRE BARNES, JR. | ) | |

On motion of the defendant, Frankie Barnes, and for good cause shown, it is ORDERED that Docket Entry [159] in this matter be sealed until further notice of this Court. The grounds for this Order are found in [DE-159].

SO ORDERED, this the **30** day of September, 2022.

James C. Dever III
United States District Judge