UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-391-D-4

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
FRANKIE DEANDRE BARNES, JR. )

THIS MATTER is before the Court on the defendant's consent motion to continue sentencing. For good cause shown, the motion is GRANTED.

IT IS FURTHER ORDERED that the Court finds the period of delay occasioned by this continuance is excluded from the Speedy Trial Act calculations, because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The proposed sentencing is hereby continued to this Court's _January_, 2023 criminal term.

SO ORDERED, this the _30_ day of September, 2022.

_James C. Dever III_
James C. Dever III
United States District Judge